

18BK 24961 ER

Certificate Number: 00478-CAC-CC-031970653



00478-CAC-CC-031970653

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 30, 2018</u>, at <u>1:37</u> o'clock <u>PM PST</u>, <u>Melissa Moore</u> received from <u>Springboard Nonprofit Consumer Credit Management, Inc., dba credit.org</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>November 30, 2018</u>            By:     <u>/s/Paula Waples for Paula Waples</u>

Name:  <u>Paula Waples</u>

Title:  <u>Bankruptcy Supervisor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).