| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>James Migler<br>11801 Pierce St., 2nd Floor<br>Riverside, CA 92505<br>(951) 710-3267  Fax: (951) 637-2306<br>089740 CA<br>JVMIGLER@AOL.COM<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY | **FILED**<br>DEC 28 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | | |
| In re: MELISSA MOORE<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7   18BK 24961 ER | |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] | |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/28/2018        MELISSA MOORE                    /s/ M. Moore
                        Printed name of Debtor 1          Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                            F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                           Printed name of Debtor 2              Signature of Debtor 2

UI CENTER SACRAMENTO
PO BOX 419091
RANCHO CORDOVA CA  95741-9091



**Employment Development Department**
State of California

Mail Date: **09/25/2018**



MELISSA A MOORE
1246 6TH ST
MANHATTAN BEACH CA  90266-6010

EDD Phone Numbers:
| | |
|---|---|
| English | 1-800-300-5616 |
| Spanish | 1-800-326-8937 |
| Cantonese | 1-800-547-3506 |
| Mandarin | 1-866-303-0706 |
| Vietnamese | 1-800-547-2058 |
| TTY (nonvoice) | 1-800-815-9387 |
| website: | **www.edd.ca.gov** |

## NOTICE OF UNEMPLOYMENT INSURANCE AWARD

1. Claim Beginning Date: 09/16/2018
2. Claim Ending Date: 09/14/2019
3. Maximum Benefit Amount: $10,660.00
4. Weekly Benefit Amount: $410
5. Total Wages: $35,111.54
6. Highest Quarter Earnings: $10,650.01
7. This item does not apply to your claim. For more information, see item 7 on the reverse.
8. **You must look for full time work each week.** For more information, refer to the handbook, *A Guide to Benefits and Employment Services*, DE 1275A, available online at www.edd.ca.gov/forms/.
9. This item does not apply to your claim.
10. This Claim Award is calculated based on the Standard Base Period.

| 11. Employee Name: | 12. Employee Wages for the Quarter Ending: | | | | 13. Employer Name: |
|---|---|---|---|---|---|
| | JUN 17 | SEP 17 | DEC 17 | MAR 18 | |
| M MOORE | $ 0.00 | $ 0.00 | $ 256.00 | $ 5,688.00 | HARPERRAND |
| M MOORE | $ 8,742.39 | $ 9,057.16 | $ 10,394.01 | $ 973.98 | WHOLE SOLE |
| 14. TOTALS: | $ 8,742.39 | $ 9,057.16 | $ 10,650.01 | $ 6,661.98 | |

*EDD*
*weekly amount $410*
*monthly amount $1,640*