## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA



IN re:

Melissa Moore

Chapter: **7**

Case No.: **18-24961**   ER

### REQUEST FOR NOTICE PURSUANT TO
### BANKRUPTCY RULE 2020(g)

1. This request is filed pursuant to Bankruptcy Rule 202(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below:

2. The address to which all notices should be sent:

Name: Redwood Credit Union
Address: P.O. BOX 6104

City: Santa Rosa   State: CA Zip: 95406

Dated:   01/09/2019

By: Andrew White, FAD rep,
Creditor/Representative Signature

Creditor/Representative Signature