Certificate Number: 05781-CAC-DE-032194016

Bankruptcy Case Number: 18-24961



05781-CAC-DE-032194016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 22, 2019</u>, at <u>4:49</u> o'clock <u>PM PST</u>, <u>Melissa Moore</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>January 22, 2019</u>           By:   <u>/s/Allison M Geving</u>

                                                                         Name:   <u>Allison M Geving</u>

                                                                         Title:   <u>President</u>