*Debtor: Melissa (2nd Certif)*

**Fill in this information to identify your case:**

Debtor 1: **MELISSA MOORE**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: BK 18-24961
(if known)



FILED
JAN 28 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Official Form 423
## Certification About a Financial Management Course    12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course.

You must check one:

■ I completed an approved course in personal financial management:

Date I took the course: **11/30/2018**

Name of approved provider: **SPRINGBOARD CONSUMER CREDIT MGMT**

Certificate Number: **00478-CAC-CC-031970653**

*2ND CERTIF.
1/22/19
SAGE PERSONAL FINANCE
05781-CAC-DE-032194014*

☐ I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on (check one):

☐ Incapacity. I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability. My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ Active duty. I am currently on active military duty in a military combat zone.

☐ Residence. I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

Signature of debtor named on certificate    MELISSA MOORE
Printed name of debtor

Date **12/28/2018**

Certificate Number: 05781-CAC-DE-032194016

Bankruptcy Case Number: 18-24961



05781-CAC-DE-032194016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2019, at 4:49 o'clock PM PST, Melissa Moore completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: January 22, 2019        By:     /s/Allison M Geving

                              Name:   Allison M Geving

                              Title:  President

## JAMES MIGLER & ASSOC.

11801 Pierce Street. 2nd Floor
Riverside, CA 92505
(951) 710-3267
Tel & Fax (310) 530-3635
JVMigler@aol.com

Jan.2 3, 2019



FILED
JAN 28 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

US Bankruptcy Court
Clerk's Office
255 Temple Street
Los Angeles, CA 90012

RE: Case Number:   BK18-24961-ER   Filing of Second Debtor Education Certificate
Debtor: Melissa Moore

Dear Sir/Madam:

Enclosed is the Second Debtor Education Certificate for Melissa Moore, debtor in bankruptcy case number BK 18-24961-ER.

Feel free to call our offices, for any additional requirements.

Sincerely,

James Migler
Attorney for Melissa Moore

COPY TO:
John J. Machaca (TR)
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90012