United States Bankruptcy Court
Central District of California

In re:                                                                     Case No. 18-24961-ER
Melissa Moore                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1              Date Rcvd: Apr 08, 2019
                              Form ID: 318a            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db          +Melissa Moore,    1246 6th Street,    Manhattan Beach, CA 90266-6010
aty         +James Migler,    Law Office of James Migler,    11801 Pierce St., 2nd Fl,
              Riverside, CA 92505-4400
cr          +Redwood Credit Union,    PO Box 6104,    Santa Rosa, CA 95406-0104
39275823    +KAISER PERMANENTE HOSP.,     PARSONS EAST 8th FLOOR (PFSCC),    393 E. WALNUT ST,
              Pasadena, CA 91185-0001
39275825    +MOHELA,    633 SPIRIT DRIVE,    Chesterfield, MO 63005-1243
39275826    +RECOLOGY SONOMA MARIN,    P.O. BOX 7349,    Santa Rosa, CA 95407-0349
39275827     REDWOOD CU (VISA),    P.O. BOX 35157,    Seattle, WA 98124-5157
39275828    +SOUTHBAY CREDIT UNION,    312 N. PACIFIC COAST HWY,    Redondo Beach, CA 90277-2837
39275830    +USCB AMERICA,    355 S. GRAND AVE SUITE 3200,    BOX 306,    Los Angeles, CA 90071-1591
39275831    +XFINITY,    9602 S. 300 WEST SUITE B,    Sandy, UT 84070-3339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BJJMENCHACA.COM Apr 09 2019 07:48:00      John J Menchaca (TR),
              835 Wilshire Blvd., Suite 300,    Los Angeles, CA 90017-2655
smg          EDI: EDD.COM Apr 09 2019 07:48:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Apr 09 2019 07:48:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA 95812-2952
smg          E-mail/Text: finance.bankruptcy@lacity.org Apr 09 2019 04:01:12      Los Angeles City Clerk,
              P.O. Box 53200,    Los Angeles, CA 90053-0200
39275821    +EDI: CITICORP.COM Apr 09 2019 07:48:00      CITI CARDS,    P.O. BOX 6004,
              Sioux Falls, SD 57117-6004
39275822     EDI: DISCOVER.COM Apr 09 2019 07:48:00      DISCOVER,   P.O. BOX 30943,
              Salt Lake City, UT 84130
39275824    +EDI: CBSKOHLS.COM Apr 09 2019 07:48:00      KOHL'S,   P.O. BOX 3115,    Milwaukee, WI 53201-3115
39275824    +E-mail/Text: bncnotices@becket-lee.com Apr 09 2019 04:01:38      KOHL'S,    P.O. BOX 3115,
              Milwaukee, WI 53201-3115
39275829    +EDI: CHRYSLER.COM Apr 09 2019 07:48:00      TD AUTO FINANCE,    P.O. BOX 9223,
              Farmington, MI 48333-9223
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            TD Auto Finance LLC
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
              Jennifer H Wang    on behalf of Creditor    TD Auto Finance LLC jwang@cookseylaw.com,
               jwang@ecf.courtdrive.com
              John J Menchaca (TR)    jmenchaca@menchacacpa.com,    ca87@ecfcbis.com;igaeta@menchacacpa.com
              Sheryl K Ith    on behalf of Creditor    TD Auto Finance LLC sith@cookseylaw.com,
               sith@ecf.courtdrive.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Melissa Moore** | Social Security number or ITIN **xxx–xx–7000** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | |
| Case number:   **2:18–bk–24961–ER** | | |

# Order of Discharge – Chapter 7                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melissa Moore

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/8/19

**Dated:** 4/8/19                                              **By the court:**   Ernest M. Robles
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**14/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc           **Order of Chapter 7 Discharge**           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**